# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138226 & (3)(4)

IN RE ANONYMOUS JUDGE

_____

On order of the Chief Justice, the request by the Judicial Tenure Commission that the Petition for Interim Suspension and ancillary motions be withdrawn is considered and the Petition for Interim Suspension and the motions for immediate consideration and waiver of confidentiality are DISMISSED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2009

_____
Clerk